## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANDRE NEWTON, individually and on behalf of all others similarly situated,<br>　　Plaintiffs, | :<br>:<br>: | 3:18-CV-01735 (RNC) |
| | : | |
| 　　　　v. | : | |
| | : | |
| CHEETAH EXPRESS, INC. and NAZEER BUTT,<br>　　Defendants. | :<br>:<br>: | June 16, 2020 |

## <u>RENEWED JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE</u>

Plaintiffs, Andrew Newton and Wayne Bryce, along with the Defendants Cheetah Express, Inc. ("Cheetah") and Nazeer Butt (collectively, "Defendants"), previously moved the Court to approve the settlement reached between the parties and to dismiss the action with prejudice (Doc. No. 33). On May 11, 2020, the Court presided over a telephonic hearing concerning that Motion. (Doc. No. 35). Because the parties are still seeking the Court's approval, and because the Defendants want a dismissal *with prejudice* of the Plaintiffs' claims (which were settled after a year-long arbitration process, but just prior to a hearing), the parties renew their Motion.

Attached as Exhibit A is a copy of the parties' Settlement Agreement and Release, along with Exhibit B, an Addendum to the Settlement Agreement and Release which modifies the confidentiality and non-disparagement provisions of the Settlement Agreement and Release. The parties believe that this settlement meets all the requirements for this Court's approval, as explained in the original Motion seeking approval. It permits the Plaintiffs to speak truthfully about the litigation, the dollar amount of the settlement based upon the allegations is fair considering all factors, the

attorneys' fees payment is reasonable under Second Circuit law, and the release of non-FLSA claims is permissible because these Plaintiffs asserted such a claim in the Complaint. (Doc. 1).  See also Plizga v. Little Poland Rest. Inc., No. 15 CV 08820 LAK BCM, 2016 WL 9307474, at *6 (S.D.N.Y. July 18, 2016.)

**WHEREFORE**, For the reasons set forth above, Plaintiffs respectfully request that the Court: (1) approve as fair, adequate and reasonable the parties' settlement; (2) approve the request for one-third of the settlement fund for attorneys' fees and costs; and (3) accept Plaintiffs' Voluntary Dismissal with prejudice (Doc. 33-1) previously filed with the Court.

PLAINTIFFS,
ANDRE NEWTON and WAYNE BRYCE

By:   /s/ *Claire M. Howard*
     Claire M. Howard (ct29654)
     William G. Madsen (ct09853)
     Madsen, Prestley & Parenteau, LLC
     402 Asylum Street
     Hartford CT 06103
     P: (860) 246-2466
     F: (860) 246-1794
     choward@mppjustice.com
     wmadsen@mppjustice.com

DEFENDANTS,
CHEETAH EXPRESS, INC. and
NAZEER BUTT

By:   /s/ *Anthony R. Minchella*
     Anthony R. Minchella (ct18890)
     984 Southford Road, Suite 14
     Middlebury CT 06762
     P: (203) 758-1069
     F: (203) 758-2074
     aminchella@minchellalaw.com

## **CERTIFICATION OF SERVICE**

I hereby certify that on this 16th day of June 2020, a copy of the foregoing, was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].   Parties may access this filing through the Court's system.

*/s/ Anthony R. Minchella CT 18890*
Anthony R. Minchella